MAYER BROWN LLP
DAVINA PUJARI, SBN 183407
CHRISTOPHER A. RHEINHEIMER, SBN 253890
101 2nd Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 874-4230
Facsimile: (650)-331-2060
dpujari@mayerbrown.com
crheinheimer@mayerbrown.com

*Attorneys for Defendants Tetra Tech, Inc. and Tetra Tech EC, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIVE POINT HOLDINGS, LLC and CP DEVELOPMENT CO., LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC.; TETRA TECH EC, INC; and ROES 1-100 Inclusive,<br><br>Defendants. | Case No. 3:20-cv-01481-JD<br><br>**DECLARATION OF CHRISTOPHER A. RHEINHEIMER IN SUPPORT OF DEFENDANTS TETRA TECH, INC. AND TETRA TECH EC, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Judge: Hon. James A. Donato |
| CPHP DEVELOPMENT, LP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH EC, INC., et al.,<br><br>Defendants. | Case No. 3:20-cv-01485-JD |

I, Christopher A. Rheinheimer, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of California and have been admitted to practice before this Court. I am an attorney at Mayer Brown LLP, attorneys of record for Defendants Tetra Tech, Inc. and Tetra Tech EC, Inc. ("Tetra Tech Defendants"). I have personal knowledge of the facts set forth herein and if called as a witness, could competently testify to the matters set forth herein.

2. I make this Declaration in support of the Tetra Tech Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Environmental Protection Agency ("EPA") Superfund Site Profile for Hunters Point Naval Shipyard, accessed on August 20, 2026 from the EPA's website at https://cumulis.epa.gov/supercpad/cursites/csitinfo.cfm?id=0902722.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the 2004 Historical Radiological Assessment, which was produced in this matter by the Tetra Tech Defendants on June 2, 2023, and is affixed with a Bates number beginning TT_03095683.

5. Attached hereto as **Exhibit 3** are excerpts of a true and correct copy of the transcript of the deposition of Suheil Totah, taken in this matter on June 17, 2024.

6. Attached hereto as **Exhibit 4** are excerpts of a true and correct copy of the transcript of the deposition of Mike Hoochstoeger, Lennar Corporation's 30(b)(6) Designee, taken in this matter on December 17, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of Lennar Corporation's Responses to the United States of America's Requests for Admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2026 in Walnut Creek, California.

*/s/ Christopher A. Rheinheimer*
Christopher A. Rheinheimer