MAYER BROWN LLP
DAVINA PUJARI, SBN 183407
CHRISTOPHER A. RHEINHEIMER, SBN 253890
101 2nd Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 874-4230
Facsimile: (650) 331-2060
dpujari@mayerbrown.com
crheinheimer@mayerbrown.com

*Attorneys for Defendants Tetra Tech, Inc. and Tetra Tech EC, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIVE POINT HOLDINGS, LLC and CP DEVELOPMENT CO., LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC.; TETRA TECH EC, INC.; and ROES 1-100 Inclusive,<br><br>Defendants. | Case No. 3:20-cv-01481-JD<br><br>**DEFENDANTS TETRA TECH, INC. AND TETRA TECH EC, INC.'S OPPOSITION TO DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE HEARING ON MOTION TO STRIKE** |
| CPHP DEVELOPMENT, LP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH EC, INC., et al.,<br><br>Defendants. | Case No. 3:20-cv-01485-JD |

**OPPOSITION TO MOTION TO EXPEDITE HEARING**

The Developer Plaintiffs seek to shorten the time for the Tetra Tech Defendants to oppose the Developer Plaintiffs' Motion to Strike and for the Court's hearing on the Motion to Strike, which would come just three days after the proposed date for the Developer Plaintiffs' reply brief. What the Developer Plaintiffs do *not* propose is to shorten is any of the deadlines that would apply to them—they waited a full two weeks after the Tetra Tech Defendants' Motion to Dismiss was filed to ask for expedited time and they are asking for a full week after the opposition to file their reply. Requesting that everyone else shorten time while they keep all of their allotted response time is not a reasonable approach to scheduling.

The Developer Plaintiffs' unusual timing proposal is exacerbated by the fact that the Motion to Strike is not necessary at all. The same arguments could have been made in their concurrently-filed Opposition and addressed during the already-scheduled hearing, but for their clear intention to find a way to submit eleven extra pages of additional argument, plus an extra reply brief (and the last word).

The Tetra Tech Defendants respectfully request that the Court deny Developer Plaintiffs' Administrative Motion to Expedite Hearing on Motion to Strike.

Dated: September 8, 2026

MAYER BROWN LLP

By: *__/s/ Davina Pujari__*
Davina Pujari
Christopher A. Rheinheimer

*Attorneys for Defendants Tetra Tech, Inc. and Tetra Tech EC, Inc.*